**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**In the matter of:**

|  |  |  |
|---|---|---|
|  | : |  |
| **United States of America** | : | **Case No.:** 2:25-mj-168 |
| v. | : |  |
| **Anicleto Olvera-SANCHEZ** | : |  |
|  | : | **Magistrate Judge:** Deavers |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Josh Saltar (Your Affiant), a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been since October 2014. I am currently assigned to the Child Exploitation and Human Trafficking Task Force, Cincinnati Division, Columbus Resident Agency. I am primarily responsible for investigating internet crimes against children, including child pornography offenses and the online exploitation of children. During my career as a SA, I have participated in various investigations involving computer-related offenses and have executed numerous search warrants, including those involving searches and seizures of computers, digital media, software, and electronically stored information. I have worked with multiple international law enforcement agencies around the world, focusing on cyber-terrorism and terrorist financing through computer intrusions. I have also assisted on various cases and violations, ranging from violent crimes against children and white collar to healthcare fraud, counterintelligence, and counterterrorism. As part of my duties as a Special Agent, I investigate criminal violations relating to child exploitation and child pornography violations, including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A. I have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Prior to joining the FBI, I spent four years working as a civilian Intelligence Specialist for the U.S. Air Force at the National Air and Space Intelligence Center located at the Wright-Patterson Air Force Base, under both the cyber and counterspace squadrons, performing classified intel and reverse engineering duties. During my employment, I have received numerous forensic trainings with the both the Department of Defense and Department of Justice, as well as from private sector security conferences. I have received multiple certifications in Windows, mobile, and memory forensics, as well as incident response and penetration testing, and am certified by the Department of Justice as a Digital Extraction Technician. I received my B.A. from Anderson University in computer science, with a focus on programming, artificial intelligence, and machine learning. As a SA with the FBI, I am authorized to

investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

2. I, Special Agent Josh Saltar (your affiant), make this affidavit in support of a criminal complaint to arrest for violations of 18 U.S.C. §§ 2251, 2252, 2252A - production of and receipt of visual depictions of minors engaged in sexually explicit conduct (hereinafter "child pornography"), and receipt and possession of child pornography. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Anicleto Olvera-SANCHEZ committed the violations listed above.

## FACTS SUPPORTING PROBABLE CAUSE

3. On October 24, 2024, the Licking County Sheriff's Office (LCSO) received a call from the Ohio Narcotics Intelligence Center (ONIC) regarding a cell phone that ONIC was forensically imaging out of a narcotics investigation into Anicleto Olvera-SANCHEZ. ONIC informed LCSO that Child Sexual Abuse Material (CSAM) was identified on Olvera-Sanchez's device, and that ONIC would require a separate search warrant for the CSAM as the CSAM was not covered under the original search warrant.

4. On October 25, 2024, LCSO obtained an additional search warrant for the device as it related to the CSAM identified on the device. During review of the device, LCSO identified several images and videos of a pubescent girl (MV1) located inside a folder whose title, being known to law enforcement, listed MV1's first name. The images and videos generally depicted a partially clothed or fully nude pubescent girl with her breasts, vagina, and anus exposed to the camera. LCSO determined that the individual in the photo was located in Columbus, Ohio and had a DOB of 05/XX/2006.

5. On December 2, 2024, LCSO interviewed MV1 and her mother, JANE DOE. When LCSO informed MV1 of the nature of the investigation, MV1 stated that she believed she knew who they were referring to, stating that the individual went by several names, but she knew him as "Keto" or "Miguel." MV1 knew him through Instagram and Snapchat.

6. MV1 stated that she had met Olvera-SANCHEZ over a Facetime call between him and a girl that was staying with MV1 and her family. MV1 stated that she had met Olvera-SANCHEZ in or around summer of 2022, when she was 16 years old. MV1 stated that she began talking with Olvera-SANCHEZ on social media where he had continuously requested her for photos. MV1 stated that eventually she took and sent some, and Olvera-SANCHEZ had sent her money in return for the photos. MV1 stated that the first time she sent photos was shortly after she turned 17 years old. MV1 estimated that approximately 20-50 images and videos were sent to Olvera-SANCHEZ over a period between 6 to 12 months.

7. MV1 stated that Olvera-SANCHEZ would pay her through Cash App. MV1 stated that the memos for the payments would contain things like "nails," "lunch," and "hair." MV1 stated that Olvera-SANCHEZ would tell her what type of pictures to send. MV1 stated that normally Olvera-SANCHEZ would send her a picture of a girl she believed to be off the internet and then tell her that's how he wanted her to take the picture to send to him.

8. MV1 stated that for the videos, Olvera-SANCHEZ told her to stand in front of a mirror and "play around down there." MV1 stated that Olvera-SANCHEZ would tell her he would pay a certain amount for a certain type of picture or video.

9. MV1 denied ever meeting Olvera-SANCHEZ in person, but there were messages in which Olvera-SANCHEZ was asking to meet her. MV1 stated that the reason Olvera-SANCHEZ wanted to meet would be for some type of sexual activity. MV1 went on to state that Olvera-SANCHEZ offered her money for a "blow job" when she was both 17 years old and 18 years old.

10. When LCSO showed MV1 a sanitized image from Olvera-SANCHEZ's device, MV1 confirmed it was her in the photo.

11. On December 12, 2024, LCSO reached out to your affiant to inform him of the investigation into Olvera-SANCHEZ. On December 26, 2024, after reviewing the reports, your affiant opened a federal investigation.

12. Your affiant began reviewing the extraction of Olvera-SANCHEZ's device. Your affiant identified approximately 15 images and 1 video of MV1 which generally depicted her partially clothed or fully nude with vagina and anus exposed to the camera. The created date for the images and videos ranged from March 27, 2024 to April 3, 2024, all when MV1 was 17 years old. The images were identified inside of the application titled "Calculator# Hide Photos Videos,[1]" which your affiant knows to be an app designed to hide media on devices.

13. In continued review of the device, your affiant identified approximately 25 Cash App transactions from Olvera-SANCHEZ to MV1 totaling $760. Several transactions listed "lunch" in the memo line.

14. In further review of the device, your affiant identified the application MEGA[2], which your affiant knows to be an app that can store media and other files online and is based out of New Zealand. In the various MEGA folders, your affiant identified approximately 711 images and 6 videos of CSAM. The images and videos generally depicted the sexual

---

[1] As described on the application developer's website, Calculator# Hide Photos Videos "looks like a Calculator but it secretly hides your confidential Photos, Videos, Documents, Passwords, Notes, Contacts and To Dos. It disguises itself as a Calculator to make it impossible for prying eyes and hackers from discovering it. It is the most feature-rich app in the market in Security Category."

[2] As described on the application developer's website, MEGA "provides user-controlled encrypted cloud storage that's accessed with web browsers and dedicated apps." Additionally, MEGA is able to "upload files from your smartphone or tablet, then search, store, download, stream, view, share, rename or delete them any time, from any device, anywhere. Share folders with your contacts and see their updates in real time."

exploitation of prepubescent children, some as young as infants. For example, a still image from one of the videos depicted a fully nude prepubescent girl, approximately 4-7 years old, lying on her back. Her wrists were bound with rope above her head, and her legs were each bound with rope on the sides of her legs, causing her legs to be held open. The girl had a red gag in her mouth and the words "Lick me please" written in marker on her stomach with an arrow pointing down to her nude vagina.

15. During the review of the device, your affiant identified that the Apple account associated with the device was listed as miguel042690@gmail.com. Your affiant also identified that the last cloud backup date was on October 17, 2024.

16. On January 16, 2025, your affiant executed a search warrant on Apple for the Apple account miguel042690@gmail.com. During review of the return, your affiant identified approximately 271 videos and 990 images of CSAM. One video, approximately 2 minutes 35 seconds in length, depicted a prepubescent nude girl, approximately 7-9 years old, with her legs bound open with yellow rope, exposing her nude vagina, and an adult male hand rubbing the girl's vagina. At approximately 18 seconds, the camera panned up to show the girls face. Her hands were bound above her head with yellow rope, and a leather strap was around her neck. At approximately 30 seconds, the male inserted his penis into the girl's mouth. The rest of the video the camera panned from her face to her vagina, with his penis still inserted in her mouth and him still rubbing the girl's vagina.

17. Additionally, your affiant identified approximately 40 images and 2 videos of MV1 which generally depicted her partially clothed or fully nude with vagina and anus exposed to the camera, some of which were similar to the images of MV1 identified from Olvera-SANCHEZ's phone. The images and videos were stored in a folder with MV1's name listed as the title of the folder.

18. Based upon the foregoing, your affiant submits that there is probable cause to believe that Anicleto Olvera-SANCHEZ has committed the violations of 18 U.S.C. §§ 2251, 2252, and 2252A– production of and receipt of visual depictions of minors engaged in sexually explicit conduct (hereinafter "child pornography"), receipt, and possession of child pornography. Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

Respectfully submitted,

*Josh Saltar*
Josh Saltar
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on March 26, 2025



Elizabeth A. Preston Deavers
United States Magistrate Judge