# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANICLETO OLVERA-SANCHEZ,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INFORMATION**<br>18 U.S.C. §§ 2251(a) & (e)<br>18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)<br><br>**FORFEITURE ALLEGATIONS** |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
### (Sexual Exploitation of a Minor)

1. From in or about June of 2022 to May 2024, the exact dates being unknown to the United States, in the Southern District of Ohio, the defendant, **ANICLETO OLVERA-SANCHEZ**, did employ, use, persuade, induce, entice, and coerce a minor, specifically Minor Victim 1, an approximately sixteen to seventeen-year-old girl, to engage in sexually explicit conduct as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing and attempting to produce any visual depiction of such conduct, to wit: one or more digital images and/or video files depicting the lascivious exhibition of the genitalia and anus of Minor Victim 1, the production of such visual depictions using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, specifically the internet and cellular phones.

In violation of 18 U.S.C. §§ 2251(a) & (e).

## COUNT TWO
### (Possession of Child Pornography)

2. On or about October 17, 2024, in the Southern District of Ohio, the defendant, **ANICLETO OLVERA-SANCHEZ**, knowingly possessed matter, that is, a digital media device that contained one or more visual depictions, the production of such visual depictions having involved the use of prepubescent minors engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such visual depictions being of such conduct, and such visual depictions had been mailed, shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2).**

## COUNT THREE
### (Possession with Intent to Distribute Fentanyl, Cocaine and Methamphetamine)

3. On or about October 17, 2024, in the Southern District of Ohio, the defendant, **ANICLETO OLVERA-SANCHEZ**, did knowingly and intentionally possess with intent to distribute:

   a. 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2- phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance;

   b. 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; and

   c. 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).**

## FORFEITURE ALLEGATION A

4. Upon conviction of the offenses set forth in Counts One and Two of this Information, the defendant, **ANICLETO OLVERA-SANCHEZ**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a): (1) any visual depiction described in section 2252, 2252A, 2252B, or 2260 of Title 18, United States Code, Chapter 110, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to:

- An Apple iPhone 15 with associated serial number KGVYWQGXV4, IMEI 354058245674528, including its contents.

**Forfeiture notice in accordance with 18 U.S.C. § 2253(a) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

## FORFEITURE ALLEGATION B

5. Upon conviction of the offense set forth in Count Three of this Information, the defendant, **ANICLETO OLVERA-SANCHEZ**, shall forfeit to the United States, in accordance with 21 U.S.C. § 853(a)(1) and (2), all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and/or any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, including, but not limited to, the following:

- Approximately $1,140 in United States currency;
- One Glock 26, 9mm caliber pistol, serial number AGKB927;
- One Tisas, model 1911, .45 caliber pistol, serial number T0620-23Z47568;
- One Smith and Wesson, model SD9, 9mm caliber pistol, serial number FZP4528;

3

- One Mossberg, .22 caliber rifle, serial number 3E207;
- One Winchester, 12-gauge shotgun, serial number TR6022-177500SP;
- One Stoger, 12-gauge shotgun, serial number 1725023;
- One Ruger, .22 caliber long rifle, serial number 0010-36233;
- One Ruger, AR 556 rifle, serial number 85322544; and
- All associated ammunition.

Forfeiture notice in accordance with 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

*Jennifer M Rausch*

**JENNIFER M. RAUSCH (0075138)**
**EMILY CZERNIEJEWSKI (IL 6308829)**
**Assistant United States Attorneys**

4